UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record, Clerk of Court

FROM: Judge Peter J. Messitte

RE: Miya Water Projects Netherlands B.V. v. Moonshot Missions, Inc., et al.
No. 22-mc-508

DATE: September 26, 2023

\* \* \*

The Court previously received an *ex parte* request from Intervenor the Financial Oversight and Management Board for Puerto Rico to provide the Board with a copy of the Court's January 25, 2023 Order (ECF No. 6) granting Miya's *ex parte* application for discovery. In response to this request, the Court issued an Order on September 19, 2023 (ECF No. 30), directing Miya to file correspondence on the Court's docket registering its objections, if any, to unsealing the Court's January 25 Order. The Order provided Miya until Friday, September 22, to raise its objections.

Miya did not raise any objections by the deadline provided in the September 19 Order. Accordingly, the Clerk is **DIRECTED** to unseal ECF No. 6 and ensure that it is docketed and made available to all parties in the above-captioned action.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record