UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     In re Application of Miya Water Projects Netherlands B.V.,
        No. 22-mc-508

DATE:   April 25, 2024

\* \* \*

The Court is in receipt of the Miya Water Projects Netherlands B.V.'s Notice of Voluntary Withdrawal of its Motion to Compel (ECF No. 67). The Court understands that Miya has now withdrawn its Motion to Compel with prejudice. Given this development, it appears that the only live dispute before the Court has been resolved.

Accordingly, the Court **ORDERS**:

1. The Clerk of Court is directed to **ENTER AS MOOT** Miya's Motion to Compel (ECF Nos. 35, 36) on the case's docket;
2. Within ten (10) days of this Order, all parties—Miya, Moonshot Missions, Inc., George Hawkins, and the Financial Oversight and Management Board for Puerto Rico—**SHALL** jointly file a notice on the case's docket advising the Court as to the current status of this case. Specifically, the notice **SHALL** address:
   a. Whether the entire case has been mooted by Miya's withdrawal of its Motion to Compel;
   b. Whether the parties intend to stipulate to the voluntary dismissal of Miya's application; and
   c. What additional proceedings, if any, the parties anticipate will be required to dispose of the case, if it is not mooted already.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC:   Court file
      Counsel of Record